# UNITED STATES DISTRICT COURT
for the

Gary Roy Wright
_Plaintiff/Petitioner_

v.

City of Oelwein, Dylan McRinger, Matt Lenz, Brett Doro, Karen Seeder, Linda Payne, Renee Cantrel, Dave Weber, Mike Leo
_Defendant/Respondent_

Civil Action No. 6:25-cv-2026-LTS-MAR

RECEIVED OVER THE COUNTER
MAY 2 3 2025
United States District Court
Northern District of Iowa

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ 641.00 , and my take-home pay or wages are: $ 641.00 per (specify pay period) Month .

3. *Other Income.* In the past 12 months, I have received income from the following sources (check all that apply):

(a) Business, profession, or other self-employment ☐ Yes ☒ No
(b) Rent payments, interest, or dividends ☐ Yes ☒ No
(c) Pension, annuity, or life insurance payments ☐ Yes ☒ No
(d) Disability, or worker's compensation payments ☒ Yes ☐ No
(e) Gifts, or inheritances ☐ Yes ☒ No
(f) Any other sources ☐ Yes ☒ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

Since May 2003 I, Gary Wright have been on Social Security Disability, although my insurance cost varie from year to year I expect it will Remain close to or at $641.00 per month

4. Amount of money that I have in cash or in a checking or savings account: $ 5.00.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:
- 1999 Chevy Silverado 1500 Reg. Cab - $1,200.00
- 982 1st Ave S.W. Oelwein, Ia 50662 = $17,130.00 assessed
- No Bank account other than my Debit card I get my benifet on.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:
1) Electrical service $220 average per month
2) Water, Sewer, garbage $180 "
3) Transportation $110 per month
4) Food $120 per month
5) Court payments $100

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

— None —

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:
1) Court cost $4800 approx.
2) Medical $6000 approx.

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: May 23rd 2025

Gary R. Wright
Printed name