UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

____6____ Division

| | |
|---|---|
| Gary Roy Wright </br> _____ </br> *Plaintiff(s)* </br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) </br> -v- </br> City of Oelwein Iowa, Dylan Mulfinger (city administrator), Brett DeVore (mayor), Matt Weber, Dave Lenz, Linda Payne, Renee Cantrel (Council, Mr. Mike Lee members) </br> *Defendant(s)* </br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. __6:25-cv-2026-LTS-MAR__ </br> *(to be filled in by the Clerk's Office)* </br></br> Jury Trial: *(check one)* ☑ Yes ☐ No |

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Gary ROY Wright |
| Address | 982 1st Avenue SW |
| | Oelwein, Ia, 50662 |
| | *City, State, Zip Code* |
| County | Fayette |
| Telephone Number | 319-264-0284 |
| E-Mail Address | gwright9821@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | City of Oelwein, Iowa. |
| Job or Title *(if known)* | |
| Address | 20 2nd Ave SW |
| | Oelwein, Ia, 50662 |
| | *City, State, Zip Code* |
| County | Fayette |
| Telephone Number | (319) 283-5440 |
| E-Mail Address *(if known)* | cityofoelwein.org |

[ ] Individual capacity  [✓] Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Dylan Mulfinger |
| Job or Title *(if known)* | City Administrator |
| Address | 20 2nd Ave SW |
| | Oelwein, Ia, 50662 |
| | *City, State, Zip Code* |
| County | Fayette |
| Telephone Number | (319) 283-5440 |
| E-Mail Address *(if known)* | dmulfinger@cityofoelwein.org |

[✓] Individual capacity  [ ] Official capacity

Defendant No. 3
Name: Brett DeVore
Job or Title (if known): Mayor
Address: 20 2nd Ave SW
City: oelwein  State: Ia  Zip Code: 50662
County: Fayette
Telephone Number: (319) 283-5440
E-Mail Address (if known): brett.devore@cityofoelwein.org

[✓] Individual capacity  [ ] Official capacity

Defendant No. 4
Name: Matt Weber, Dave Lenz, Linda Payne, Renee Cantrel,
Job or Title (if known): city council
Address: 20 2nd Ave SW
City: oelwein  State: Ia  Zip Code: 50662
County: Fayette
Telephone Number: (319) 283-5440
E-Mail Address (if known): @cityofoelwein.org

[✓] Individual capacity  [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

[ ] Federal officials (a *Bivens* claim)

[✓] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Violation of my civil right by local officials my;
Fifth amendment (Taking Clause): My property was taken for private use without just compensation.
Fourteenth Amendments (due Process Clause):I was deprived of property without fair notice and or a meaningful opportunity to be heard.
These action constitute a deprivation of rights secured by the United states Constitution.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The City of Oelwein acted under color of state law by pursuing legal actions through its governmental authority to condemn and later claim abandonment of my property, transfer ownership to itself, and enforce municipal decisions.

See attached page:

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
Oelwein Iowa: 27 South Frederick Avenue, Oelwein Iowa 50662

B. What date and approximate time did the events giving rise to your claim(s) occur?
On or about May 26, 2023, Defendants, acting individually and/or in concert, effectuated a taking of Plaintiff's property, by transferring title to the City, and deprived Plaintiff of use and enjoyment of the Property thus "Taking" and denying plaintiff due process.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

On or about May 26, 2023, Defendants, acting individually and/or in concert, effectuated a taking of Plaintiff's property, by transferring title to the City, and deprived Plaintiff of use and enjoyment of the Property.
1. Plaintiff did not abandon the Property. Rather, the actions of Defendants were initiated at the urging and for the benefit of Defendant Mike Leo, not for public use or necessity.
2. Plaintiff was not offered just compensation by the City of Oelwein or any Defendant before, during, or after the taking.
3. The taking was accomplished without fair process. Though a hearing was scheduled, Plaintiff was unable to appear due to unforeseen circumstances and notified the clerk, but a default judgment was entered, although the City of Oelwein was given a minimum of one or more continuances prior to the May 26,2023, hearing of abandonment. The property was transferred without Plaintiff's side being heard.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

As a direct result of the actions and conduct by the City of Oelwein, its officials, and agents, I have suffered the following financial and property losses with respect to 27 South Frederick Avenue, Oelwein, Iowa:

1). Loss of Equity and Property Value,　　2). Permit and Construction Interference,

3). Obstruction of Renovation Efforts,　　4). Legal and Administrative Harassment:

5). Loss of Investment and Future Income:　　6). Severe Emotional Distress and Stress:

7). Loss of Future Opportunity for Myself and Family:　　8). Humiliation and Damage to Reputation:

9). Impact on Family and Relationships:　　10). Incalculable Loss:

See attached Addendum:　A and B

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I respectfully request that the Court award compensatory, consequential, and further damages in an amount $48,000.00 for the bldg. and personal property within the structure at time of "Taking".

Punitive relief to be decided by the Court or jury. The pain, humiliation, and loss of security suffered by myself and my family are a direct and foreseeable result of the defendants' conduct. **

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/20/2025

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Gary Roy Wright (pro se)

### B. For Attorneys

Date of signing:

Signature of Attorney: ( Pro Se )
Printed Name of Attorney:
Bar Number:
Name of Law Firm: n/a
Address: 982 1st avenue SW
City: Oelwein   State: Ia   Zip Code: 50662
Telephone Number: (319) 264-0284
E-mail Address: gwright9821@gmail.com

## Defendants Action's under color of state law; question "D" of the original petition: Attachment

City of Oelwein, Iowa:

The City of Oelwein acted under color of state law by pursuing legal actions through its governmental authority to condemn and later claim abandonment of my property, transfer ownership to itself, and enforce municipal decisions.

Dylan Mulfinger (City Administrator):

Mr. Mulfinger acted under color of state law in his official capacity as City Administrator by directing, approving, and helping implement the City's policies related to the condemnation and abandonment proceedings against my property.

Bret Devore (Mayor):

Mr. Devore acted under color of state law in his capacity as Mayor by participating in, encouraging, and approving the City's actions against my property as part of his official duties.

Matt Weber, Dave Lenz, Linda Payne, Renee Cantrel, Karen Seeder, Anthony Riccio (City Council Members):

Each of these defendants acted under color of state law as city council members, participating in, approving, or otherwise facilitating the City's policies and actions that resulted in the taking of my property without just compensation or proper notice.

Mike Leo (Business Owner):

Mr. Leo, though a private individual, acted jointly and in conspiracy with the public officials under color of state law to influence or direct the City's taking of my property for private benefit rather than public use.

# Addendum #1

## ** Financial and Property Losses**

### EXHIBIT A:

Financial and Property Losses as a Direct Result of Defendants' Actions

As a direct result of the actions and conduct by the City of Oelwein, its officials, and agents, I have suffered the following financial and property losses with respect to 27 South Frederick Avenue, Oelwein, Iowa:

1. Loss of Equity and Property Value:

   I lost ownership, use, and enjoyment of my property at 27 South Frederick Avenue, which I estimate had a fair market value of at least $48,000.

2. Obstruction of Renovation Efforts:

   - From my first week of ownership (October 29, 2021), the City of Oelwein systematically blocked and delayed my good faith efforts to restore and improve the building.

   - City officials executed a search warrant just three days after my purchase, allegedly looking for rodents, although no food or attractant existed inside and the known issue was upstairs pigeons.

   - I was required—at significant unplanned expense—to professionally address the pigeon problem on the upper floor.

3. Permit and Construction Interference:

   - The City routinely interfered with my renovation plans, including denying or revoking building permits, objecting to my choice of historically appropriate repair materials, and exercising subjective discretion to stop me from using era appropriate materials (1890's) needed as required to have the structure listed on the historical registry.

   - I was repeatedly issued work permits only to have work stopped shortly afterward, often with little explanation or shifting requirements beyond what the code required.

   - the city officials use delaying and obstructive tactics when I required answers to certain questions and request, ex: I needed electrical service to run tools, lights, and heat, the city officials (bldg. Inspector; David Kral) who to my understanding has a background as an electrician responded to my request to install a temporary electrical service put in place as if he'd never heard of such a thing before…having me go into detail as to what that was, then said he'd look into it but never got back to me.

- Or when a now removed inspector Jay Skelton, required/strongly suggested that to keep people from breaking into my building after they would gain access to the roof on the back half of the building, which happened to be lower than Mike Leo's "Leo's Italian Restaurant's", outdoor dining/drinking wooden deck… to board up the two windows rear of my bldg. people were entering my building thru, which i did. Then the City of Oelwein used the boarded-up windows as part of their abandonment petition along with not having electrical service at the building. Those are just to examples of many tactics the city officials used to delay and obstruct my good faith desire to refurbish the building and to open my pet grooming and doggy daycare business up and going

4. Legal and Administrative Harassment:

  - I was subjected to nearly 100 separate court filings, notices, and administrative actions by the city officials, diverting my time, energy, and limited financial resources away from the restoration and improvement of the property.

  - I incurred lost investment, overhead, and legal costs due to my inability to proceed with renovations and the ongoing threat of litigation or enforcement measures.

5. Loss of Investment and Future Income:

  - The persistent obstruction and ultimate seizure of the property deprived me of the opportunity to rehabilitate and generate income or equity from what was intended to be the cornerstone of my family's financial security and my path off Social Security Disability.

  In total, these actions caused me both the direct loss of my property's market value ($48,000), and significant additional financial harm from lost investment, forced expenses, and missed opportunity.

---

# Addendum # 2

## ** Emotional and Consequential Damages Statement. **

### EXHIBIT B:

### Emotional, Personal, and Reputational Damages

In addition to my financial losses, I suffered substantial non-economic injuries because of the City's persistent conduct:

1. Severe Emotional Distress and Stress:

   - The City's harassment, legal threats, permit gamesmanship, and eventual seizure of my property have caused me substantial ongoing stress, anxiety, and mental anguish.

   - The building represented my hope and dream of achieving financial independence and stability for my family and being able to work my way off Social Security Disability.

2. Loss of Future Opportunity for Myself and Family:

   - This property was intended as a foundational investment for my future and my family's well-being, one that could have allowed us financial security, opportunities to take family vacations, and greater peace of mind as I approached retirement.

   - The loss of this opportunity has deeply impacted our daily lives and long-term outlook.

3. Humiliation and Damage to Reputation:

   - The City's actions, and their public disclosures, resulted in local news coverage and television exposure, publicly humiliating me and harming my reputation in the community.

   - I was depicted in a negative light over accusations and actions completely beyond my control.

4. Impact on Family and Relationships:

   - My family suffered along with me, enduring the uncertainty, material hardship, and public embarrassment brought on by the City's actions and the resulting litigation.

5. Incalculable Loss:

- While it is difficult to assign a precise monetary value to my pain, emotional distress, and lost dreams, these injuries are real and significant.

Accordingly, I respectfully request that the Court award compensatory, consequential, and further damages in an amount decided by the Court or jury. The pain, humiliation, and loss of security suffered by myself and my family are a direct and foreseeable result of the defendants' conduct.